UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CRYSTAL MICHELLE KIRES, | ) | Case 5:22-cv-85 |
| | ) | |
| *Plaintiff*, | ) | Therese Wiley Dancks |
| | ) | United States Magistrate Judge |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | STIPULATION AND ORDER FOR REMAND |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for a new hearing and decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| August 26, 2022 | Respectfully Submitted, |
| Kilolo Kijakazi, | Crystal Michelle Kires, |
| By Her Attorneys | By Her Attorneys |
| Carla B. Freedman, | Legal Aid Society of Mid-New York, Inc. |
| United States Attorney | |
| */s/ Natasha Oeltjen* | */s/ Elizabeth Lombardi*[1] |
| Special Assistant United States Attorney | 221 South Warren Street |
| Social Security Administration | Suite 310 |
| Office of the General Counsel | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 703-6657 |
| Boston, MA 02203 | betsy.lombardi@lasmny.org |
| (617) 565-1849 | |
| natasha.oeltjen@ssa.gov | |

---

[1] Signed by Natasha Oeltjen with Elizabeth Lombardi's permission.

IT IS SO ORDERED:

Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: 8/26/2022