# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Crystal Michelle Kires**

       Plaintiff(s)

vs.                                 **CASE NUMBER: 5:22-cv-85 9TWD)**

**Kilolo Kijakazi**
*Acting Commissioner of Social Security Administration*

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The parties stipulate that the Commissioners final decision be reversed and that this action be remanded to the Commissioner for a new hearing and decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable Therese Wiley Dancks, dated the 26th day of August, 2022.

DATED: August 29, 2022

*(signature)*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk